**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1499**

_____

LAUNEIL SANDERS,

              Plaintiff - Appellant,

        v.

NORTH CAROLINA STATE, authorized agent NC Attorney General
Roy Cooper; GASTON COUNTY CHILD SUPPORT AGENCY,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (7:07-cv-03174-GRA)

_____

Submitted:  November 20, 2008      Decided:  November 25, 2008

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Launeil Sanders, Appellant Pro Se.  Gerald Kevin Robbins,
Special Deputy Attorney General, Raleigh, North Carolina; Frank
Langston Eppes, EPPES & PLUMBLEE, PA, Greenville, South
Carolina, Thomas B. Kakassy, THOMAS B. KAKASSY, PA, Gastonia,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. North Carolina, No. 7:07-cv-03174-GRA (D.S.C. Apr. 24, 2008). Further, we deny the pending motion to dismiss this appeal for failure to prosecute. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED